FILED by GF D.C.
ELECTRONIC

DEC 01, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>09-20795-CR-HUCK(s)</u>
18 U.S.C. § 1512(k)

UNITED STATES OF AMERICA,

v.

**RICHARD PADILLA CRAMER,**

    **Defendant.**
_____/

### INFORMATION

The United States Attorney charges that:

From at least as early as in or about January 2006, the exact date being unknown to the United States Attorney, and continuing until in or about June 2006, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RICHARD PADILLA CRAMER,**

did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the United States Attorney, to corruptly attempt to obstruct, influence, and impede any official proceeding by assisting and attempting to assist two co-conspirators avoid arrest on narcotics and money laundering charges, in violation of Title 18, United States Code, Section 1512(c)(2); all in violation of Title 18, United States Code, Section 1512(k).

_____
JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

_____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  09-20795-CR-HUCK(s) |
| vs. | |
| Richard Padilla Cramer, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant._____/ | Superseding Case Information: |

**Court Division**: (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB     ___ FTP

New Defendant(s)          Yes ___ No _X_
Number of New Defendants        0
Total number of counts          1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _No_
   List language and/or dialect

4. This case will take  _0_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                 (Check only one)

   I    0 to  5 days    _X_                         Petty     ___
   II   6 to 10 days    ___                         Minor     ___
   III  11 to 20 days   ___                         Misdem.   ___
   IV   21 to 60 days   ___                         Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)    _Yes_
   If yes:
   Judge: _Paul C. Huck_                Case No.  09-20795-CR-HUCK
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes:
   Magistrate Case No.                  09-3178-WHITE
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of   9/1/09
   Defendant(s) in state custody as of
   Rule 20 from the _____        District of

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes  _X_ No

/s/ Richard E. Getchell
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0817643

*Penalty Sheet(s) attached                                              REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>RICHARD PADILLA CRAMER</u>

**Case No**: 09-20795-Cr-Huck(s)

Count #: 1

    Conspiracy to obstruct justice

    Title 18, United States Code, Section 1512(k)

\* **Max.Penalty**:    20 years Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.